UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CENTRAL ARKANSAS LIBRARY SYSTEM**            **PLAINTIFF**

**v.**            **CASE NO. 4:09-CV-00227 BSM**

**L.R. MOURNING COMPANY, INC.**            **DEFENDANT**

**ORDER**

Before the court is defendant L.R. Mourning Co., Inc.'s motion to compel arbitration. The parties are in agreement that they are compelled by contract to arbitrate this dispute prior to litigation. Therefore, this matter is stayed pending the result of arbitration.

Accordingly, defendant L.R. Mourning Co., Inc.'s motion to compel arbitration (Doc. No. 2) is granted. The Clerk of the Court is directed to administratively terminate this case without prejudice to the rights of the parties to reopen this case for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. This case will, however, be reopened only if an application to reopen is filed within sixty (60) days of the conclusion of the arbitration proceedings. If no timely motion to reopen is filed, this order shall be deemed a final order of dismissal with prejudice as to all claims made in this case.

IT IS SO ORDERED this 15th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE